**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Latisha A. Reed                        CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 19-17972 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PHFA and index same on the master mailing list.

                                           Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
18 Nov 2020, 16:43:49, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 957097171f56c1c056923584ce0733d6ab5187d417e2d7d6309db529beb0e2b2