```
              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE:                :        CHAPTER 13

LATISHA A. REED       :        No. 19-17972-ELF

### ANSWER TO MOTION OF PHFA AND CERTIFICATE OF SERVICE

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. PHFA has refused to accept debtor's mortgage payments.

7. Denied. PHFA has refused to accept debtor's mortgage payments.

8. Denied. PHFA has refused to accept debtor's mortgage payments.

9. Denied. PHFA has refused to accept debtor's mortgage payments.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief

                                      /s/ David M. Offen
                                      David M. Offen
                                      Attorney for Debtor

Dated: 01/22/2021

A copy of this Answer is being served on Rebecca A. Solarz, Esquire, and the Chapter 13 Trustee.

                                      /s/ David M. Offen
                                      David M. Offen
                                      Attorney for Debtor