United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-17972-elf

Latisha A Reed  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Feb 03, 2022     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Latisha A Reed, 4304 J Street, Philadelphia, PA 19124-4304 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | Feb 04 2022 03:18:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2022        Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2022 at the address(es) listed below:

**Name**     **Email Address**

DAVID M. OFFEN
     on behalf of Debtor Latisha A Reed dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
     ecfemails@ph13trustee.com

LEON P. HALLER
     on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

REBECCA ANN SOLARZ

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Feb 03, 2022 | Form ID: pdf900 | Total Noticed: 2

on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Latisha A. Reed <br> _Debtor(s)_ <br><br> Pennsylvania Housing Finance Agency <br> _Movant_ <br> vs. <br><br> Latisha A. Reed <br> _Debtor(s)_ <br><br> and Kenneth E. West Esq. <br> _Trustee_ | Chapter 13 <br><br> NO. 19-17972 ELF |

**ORDER**

AND NOW, this 2nd day of February, 2022 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties, it is **ORDERED** that the automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is **MODIFIED** to allow Pennsylvania Housing Finance Agency and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 4304 J. Street, Philadelphia, PA 19124.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**