### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Latisha A. Reed <br> _Debtor(s)_ | CHAPTER 13 |
| Pennsylvania Housing Finance Agency <br> _Movant_ <br> vs. | NO. 19-17972 ELF |
| Latisha A. Reed <br> _Debtor(s)_ | |
| William C. Miller Esq. <br> _Trustee_ | 11 U.S.C. Section 362 |

### **STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On or about January 13, 2022, Movant filed a Certification of Default requesting relief from the automatic stay.

2. On or about February 2, 2022, this Court entered an Order granting Movant relief from the automatic stay.

3. Debtor has since brought the loan current post-petition and currently owes for February 1, 2022.

4. Parties agree that the Order entered on February 2, 2022, Doc. No. 61, is now vacate and the automatic stay is reinstated as to Movant's loan on Debtor's Property.

5. The terms of the Stipulation approved by this Court on March 11, 2021 remain in effect.

6. The parties agree that a facsimile signature shall be considered an original signature.

Date: 2/23/2022  /s/ Rebecca A. Solarz Esq.
Rebecca A. Solarz Esq.
Attorney for Movant

Date: March 15, 2022  /s/ David M. Offen, Esquire
David M. Offen Esq.
Attorney for Debtor(s)

Date: March 16, 2022  /s/ LeRoy W. Etheridge, Esquire, for*
Kenneth E. West, Esq.
Chapter 13 Trustee

*No objection to its terms, without prejudice to any of our rights and remedies*

# O R D E R

Approved by the Court this 17th day of March, 2022. However, the court retains discretion regarding entry of any further order.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**