IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Latisha A Reed | : | No.  19-17972-mdc |
| **Debtor** | : | |

### CERTIFICATION OF NO RESPONSE TO
### MOTION TO MODIFY PLAN

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Modify Plan and respectfully request that the Order attached to the Motion be approved.

   /s/   David M. Offen
**Attorney for Debtor (s)**
**The Curtis Center**
**601 Walnut Street, Suite 160 West**
**Dated:**  08/17/2013      **Philadelphia, PA  19106**
**215-625-9600**