IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                          :        CHAPTER 13


Latisha A Reed                  :        NO.  19-17972-mdc



OBJECTION TO CERTIFICATE OF DEFAULT AND CERTIFICATE OF SERVICE


Debtor,  by her counsel, object to the certificate of default and request the Court not enter a

relief order and to please hold a hearing due to the following:

The Debtor a number of payments and expects to be fully current by April 5, 2024.



/s/David M. Offen
David M. Offen
Attorney for Debtor
The Curtis Center
601 Walnut Street, Suite 160
Philadelphia, Pa. 19106
215-625-9600
info@offenlaw.com



A copy of this Objection is being served on MARK A. CRONIN, Esquire and the Chapter

13 Trustee.



/s/ David M. Offen
David M. Offen
Attorney for Debtor