*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Latisha A Reed
    Debtor(s)

Case No: 19−17972−mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Debtor's Objection to

Certification of Default of Stipulation Terms filed by Pennsylvania Housing Finance Agency represented by MARK A. CRONIN (Counsel)

*** THIS IS A TELEPHONIC HEARING ***

dial 877−336−1828
with access code 7855846

on: 4/9/24

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/15/24

Timothy B. McGrath
Clerk of Court

95 – 92
Form 167