*Form 167* (1/25)–doc 131 – 129

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  )<br>   Latisha A Reed    )<br>   )<br>   )<br>   Debtor(s).   )<br>   )<br>   ) | Case No. 19–17972–djb<br><br>Chapter: 13 |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Derek J Baker , United States Bankruptcy Judge to consider:

.

Debtor's Objection to
Certification of Default filed by
Pennsylvania Housing Finance Agency.

\*\*\*\*\*\*

Participants can attend this hearing
either in–person at the courthouse
OR by video conference on ZoomGov.com
with JOIN Meeting ID # 161 0657 4791.

\*\*\*\*\*\*

on: 1/8/26

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: December 10, 2025

For The Court

Mohung Wong
Clerk of Court