United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                 Case No. 19-17972-djb

Latisha A Reed                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 03, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

**Recip ID**    **Recipient Name and Address**
db    + Latisha A Reed, 4304 J Street, Philadelphia, PA 19124-4304

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: blegal@phfa.org | Mar 04 2026 00:42:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2026        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:**

**Name**    **Email Address**

DAVID M. OFFEN
    on behalf of Debtor Latisha A Reed ecfmail@offenlaw.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

LEON P. HALLER

District/off: 0313-2                                  User: admin                                      Page 2 of 2

Date Rcvd: Mar 03, 2026                              Form ID: pdf900                                  Total Noticed: 2

        on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com
        dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MATTHEW K. FISSEL

        on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:            :        CHAPTER 13
                  :
Latisha A Reed    :        No. 19-17972-DJB
   Debtor         :


<u>ORDER APPROVING COUNSEL FEES</u>


AND NOW, upon consideration of the attached Supplemental
Application for Approval of Counsel Fees submitted by David M.
Offen, Attorney for the Debtor, and upon notice and certification
of no objection it is hereby ORDERED that:

Supplemental Counsel fees in the amount of $1,500.00 is
allowed and shall be paid by the Chapter 13 Trustee to the extent
there are funds available and consistent with the terms of the
Modified Plan.


**March 3, 2026**
_____
DATED                      _____
                           HONORABLE DEREK J. BAKER
                           UNITED STATES BANKRUPTCY JUDGE